UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
TERRI SIMMONS,
        Plaintiff,

v.

CITY OF MOUNT VERNON; COUNTY OF   **ORDER**
PUTNAM; NICOLE MURPHY; in her official
and individual capacities; PENNY BECKMAN,   19 CV 10388 (VB)
in her official and individual capacities;
PUTNAM/NORTHERN WESTCHESTER
BOARD OF COOPERATIVE EDUCATIONAL
SERVICES; MOUNT VERNON CITY
SCHOOL DISTRICT;
        Defendants.
----------------------------------------------------------------x

    On February 12, 2020, defendants moved to dismiss plaintiff's complaint, and mailed to plaintiff, who is proceeding pro se and in forma pauperis, copies of the motion and supporting documents. (Docs. ##12–15).

    To date, plaintiff has failed to oppose the motion or seek an extension of time to do so.

    Accordingly, it is HEREBY ORDERED:

    The Court sua sponte extends to April 7, 2020, plaintiff's time to oppose the motion to dismiss. **If plaintiff fails to respond to the motion by April 7, 2020, the motion will be deemed fully submitted and unopposed.**

    If plaintiff opposes the motion, defendants' reply, if any, shall be due April 21, 2020.

    The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purposes of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

    The Clerk is directed to mail a copy of this Order to plaintiff at the address on the docket.

Dated: March 10, 2020
      White Plains, NY

                                      SO ORDERED:

                                      Vincent L. Briccetti
                                      United States District Judge