UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
TERRI SIMMONS,

               Plaintiff,

v.

PUTNAM/NORTHERN WESTCHESTER
BOARD OF COOPERATIVE EDUCATIONAL
SERVICES; MOUNT VERNON CITY
SCHOOL DISTRICT; NICOLE MURPHY, in
her official and individual capacities; PENNY
BECKMAN, in her official and individual
capacities,

               Defendants.
--------------------------------------------------------------x



**ORDER**

19 CV 10388 (VB)

On September 9, 2020, the Court issued an Opinion and Order, granting defendants' motion to dismiss and also granting plaintiff leave to file an amended complaint. (Doc. #30).

Plaintiff is encouraged to consult the New York Legal Assistance Group (NYLAG) Legal Clinic for Pro Se litigants regarding the matters discussed in the Opinion and Order. Attached hereto is a copy of the NYLAG flyer. Due to precautions around the coronavirus pandemic, NYLAG is conducting phone appointments only. To make an appointment call (212) 659-6190 and leave a message.

Chambers will mail a copy of this Order and the NYLAG flyer to plaintiff at the address on the docket.

Dated: September 10, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge



**NEW YORK LEGAL ASSISTANCE GROUP**

Since 1990, NYLAG has provided free civil legal services to New Yorkers who cannot afford private attorneys.

# Free Legal Assistance for Self-Represented Civil Litigants in Federal Court in Manhattan and White Plains

The NYLAG Legal Clinic for Pro Se Litigants in the Southern District of New York is a free legal clinic staffed by attorneys and paralegals to assist those who are representing themselves or planning to represent themselves in civil lawsuits in the Southern District of New York. The clinic, which is not part of or run by the court, assists litigants with federal civil cases including cases involving civil rights, employment discrimination, labor law, social security benefits, foreclosure and tax.

To make an appointment for a consultation, call (212) 659-6190 or come by either clinic during office hours. Please note that a government-issued photo ID is required to enter either building.

**The clinic offers in-person appointments only. The clinic does not offer assistance over the phone or by email.**

Thurgood Marshall United States Courthouse
Room LL22
40 Centre Street
New York, NY 10007
(212) 659 6190

Open weekdays
10 a.m. - 4 p.m.
Closed on federal and court holidays

The Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas St
White Plains, NY 10601
(212) 659 6190

Open Wednesday
12:00pm-4:00pm

Closed on federal and court holidays

Disclaimer: The information contained herein is for informational purposes only and is not legal advice or a substitute for legal counsel, nor does it constitute advertising or a solicitation.

a beneficiary of
**UJA⚡Federation**
*of New York*