UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
TERRI SIMMONS, Parent & Guardian on
behalf of her son,
            Plaintiff,

v.

CITY OF MOUNT VERNON; COUNTY OF
PUTNAM; NICOLE MURPHY; in her official
and individual capacities; PENNY BECKMAN,
in her official and individual capacities;
PUTNAM/NORTHERN WESTCHESTER
BOARD OF COOPERATIVE EDUCATIONAL
SERVICES; and MOUNT VERNON CITY
SCHOOL DISTRICT;
            Defendants.
--------------------------------------------------------------x



**ORDER**

19 CV 10388 (VB)

Copies Mailed/Faxed Pl + atty 3-3-21 DH
Chambers of Vincent L. Briccetti

    The Court is in receipt of an amended complaint ("AC"), dated February 26, 2021. (Doc. #36). The AC is signed by both Annette M. Totten, Esq. and plaintiff.

    By no later than **March 10, 2021**, Ms. Totten shall electronically file a formal notice of appearance using the Court's Electronic Case Filing system.

    The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purposes of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

    Chambers will mail a copy of this Order to plaintiff at the address on the docket, as well as to Ms. Totten.

Dated: March 3, 2021
       White Plains, NY

                        SO ORDERED:

                        _____
                        Vincent L. Briccetti
                        United States District Judge