UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TERRI SIMMONS,
        Plaintiff,

v.

CITY OF MOUNT VERNON; COUNTY OF
PUTNAM; NICOLE MURPHY; in her official
and individual capacities; PENNY BECKMAN,
in her official and individual capacities;
PUTNAM/NORTHERN WESTCHESTER
BOARD OF COOPERATIVE EDUCATIONAL
SERVICES; and MOUNT VERNON CITY
SCHOOL DISTRICT,
        Defendants.
------------------------------------------------------------x

Copies Mailed/Faxed 4/12/21
Chambers of Vincent L. Briccetti

**ORDER**

19 CV 10388 (VB)



    On March 22, 2021, defendants moved to dismiss plaintiff's amended complaint. (Doc. #38). The deadline for plaintiff, who is proceeding <u>pro se</u> and <u>in forma pauperis</u>, to oppose the motion to dismiss was April 5, 2021.

    To date, plaintiff has failed to oppose the motion.

    Accordingly, it is HEREBY ORDERED:

    The Court <u>sua sponte</u> extends to <u>May 10, 2021</u>, plaintiff's time to oppose the motion to dismiss. **<u>If plaintiff fails to respond to the motion by May 10, 2021, the motion will be deemed fully submitted and unopposed, and will be decided in due course.</u>**

    If plaintiff opposes the motion, defendants' reply, if any, shall be due May 17, 2021.

    The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore <u>in forma pauperis</u> status is denied for the purposes of an appeal. <u>Cf</u>. <u>Coppedge v. United States</u>, 369 U.S. 438, 444–45 (1962).

    Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: April 12, 2021
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge