UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TERRI SIMMONS, Parent & Guardian on
behalf of her son,
                 Plaintiff,

v.

CITY OF MOUNT VERNON; COUNTY OF
PUTNAM; NICOLE MURPHY; in her official
and individual capacities; PENNY BECKMAN,
in her official and individual capacities;
PUTNAM/NORTHERN WESTCHESTER
BOARD OF EDUCATIONAL SERVICES; and
MOUNT VERNON CITY SCHOOL
DISTRICT;
                 Defendants.
------------------------------------------------------------x



**ORDER**

19 CV 10388 (VB)

    On May 5, 2021, plaintiff, who is proceeding pro se and in forma pauperis, filed a motion for appointment of pro bono counsel to assist her in responding to defendants' motion to dismiss the amended complaint ("AC"). On May 6, 2021, plaintiff responded pro se to defendants' motion to dismiss the AC.

    Because plaintiff has already responded to defendants' motion to dismiss, her request for the appointment of pro bono counsel to do the same is **DENIED** as moot.

    To the extent plaintiff requests the appointment of pro bono counsel to assist her more generally in this action, the Court, if appropriate, will consider such request after it decides defendants' motion to dismiss the AC.

    The Clerk is instructed to terminate the motion. (Doc. #45).

    The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purposes of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: May 12, 2021
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge