UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
TERRI SIMMONS,
              Plaintiff,

v.

NICOLE MURPHY, PENNY BECKMAN,
MOUNT VERNON CITY SCHOOL
DISTRICT, FELECIA GAON, Director of
School Services, PUTNAM/NORTHERN
WESTCHESTER BOARD OF COOPERATIVE
EDUCATIONAL SERVICES, MICHELE
FRET, SHELLEY EINBINDER
FLEISCHMANN, and KENNETH R.
HAMILTON,
              Defendants.
--------------------------------------------------------------x

**ORDER**

19 CV 10388 (VB)

6/13/2022

      On May 20, 2022, defendants moved to dismiss plaintiff's second amended complaint. (Doc. #64).  The deadline for plaintiff, who is proceeding pro se and in forma pauperis, to oppose the motion to dismiss was June 3, 2022.

      To date, plaintiff has failed to oppose the motion.

      Accordingly, it is HEREBY ORDERED:

      The Court sua sponte extends to June 27, 2022, plaintiff's time to oppose the motion to dismiss.  **If plaintiff fails to respond to the motion by June 27, 2022, the motion will be deemed fully submitted and unopposed, and will be decided in due course.**

      If plaintiff opposes the motion, defendants' reply, if any, shall be due July 5, 2022.

      The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purposes of an appeal.  Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

      Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: June 13, 2022
       White Plains, NY

                                                    SO ORDERED:

                                                    _____
                                                    Vincent L. Briccetti
                                                    United States District Judge