UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
TERRI SIMMONS,
                   Plaintiff,

v.

NICOLE MURPHY; PENNY BECKMAN;
MOUNT VERNON CITY SCHOOL DISTRICT;
FELICIA GAON, Director of School Services;
PUTNAM/ NORTHERN WESTCHESTER
BOARD OF EDUCATIONAL SERVICES;
MICHELE FRET; SHELLEY EINBINDER
FLEISCHMANN, Special Education Director,
Putnam County; MOUNT VERNON CITY
SCHOOL DISTRICT SUPERINTENDENT, in
their official and individual capacities; CITY OF
MOUNT VERNON; SCHOOL BOARD OF
MOUNT VERNON; COUNTY OF PUTNAM;
NEW YORK STATE DEPARTMENT OF
EDUCATION; and NEW YORK STATE
BOARD OF REGENTS,
                   Defendants.
--------------------------------------------------------------x

**ORDER**

19 CV 10388 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-26-24

Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

      By Order dated August 1, 2024, the Court granted the request of plaintiff, proceeding pro se and in forma pauperis, for the appointment of pro bono counsel. The Court also scheduled a case management conference for October 1, 2024, at 12:30 p.m., and indicated that if pro bono counsel had not appeared by that time, the Court would adjourn the conference. (Doc. #89).

      To date, the docket reflects that pro bono counsel has not yet appeared for plaintiff in this matter. Accordingly, it is HEREBY ORDERED:

      The conference scheduled for October 1, 2024, is ADJOURNED to **November 6, 2024, at 12:30 p.m.** If pro bono counsel has filed an appearance by that date, all counsel shall attend the conference in person at the White Plains courthouse, Courtroom 620.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal taken from this Order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

      Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: September 26, 2024
      White Plains, NY

                                  SO ORDERED:

                                  _____
                                  Vincent L. Briccetti
                                  United States District Judge