UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
TERRI SIMMONS,
               Plaintiff,

v.

NICOLE MURPHY; PENNY BECKMAN;
MOUNT VERNON CITY SCHOOL DISTRICT;
FELICIA GAON, Director of School Services;
PUTNAM/ NORTHERN WESTCHESTER
BOARD OF EDUCATIONAL SERVICES;
MICHELE FRET; SHELLEY EINBINDER
FLEISCHMANN, Special Education Director,
Putnam County; MOUNT VERNON CITY
SCHOOL DISTRICT SUPERINTENDENT, in
their official and individual capacities; CITY OF
MOUNT VERNON; SCHOOL BOARD OF
MOUNT VERNON; COUNTY OF PUTNAM;
NEW YORK STATE DEPARTMENT OF
EDUCATION; and NEW YORK STATE BOARD
OF REGENTS,
               Defendants.
--------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/2024

**ORDER**

19 CV 10388 (VB)

*FH*

Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

      As discussed at a conference held today and attended by plaintiff and defense counsel, it is HEREBY ORDERED:

1. Plaintiff and defense counsel are directed to engage in good faith settlement discussions.

2. By **December 20, 2024**, defense counsel shall file a joint letter on behalf of both parties regarding the status of settlement discussions and indicating whether there is anything the Court can do to assist in that regard.

3. The next case management conference is scheduled for **February 11, 2025, at 11:00 a.m.** In the meantime, the Court will continue its efforts to locate pro bono counsel for plaintiff.

4. If pro bono counsel has filed a notice of appearance by February 11, 2025, all counsel shall attend the conference in person at the White Plains courthouse, Courtroom 620. If pro bono counsel has not filed a notice of appearance by that date, plaintiff and defense counsel shall appear in person at the conference.

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: November 6, 2024
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge