UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
TERRI SIMMONS,
                        Plaintiff,

v.

NICOLE MURPHY; PENNY BECKMAN;
MOUNT VERNON CITY SCHOOL DISTRICT;
FELICIA GAON, Director of School Services;
PUTNAM/ NORTHERN WESTCHESTER
BOARD OF EDUCATIONAL SERVICES;
MICHELE FRET; SHELLEY EINBINDER
FLEISCHMANN, Special Education Director,
Putnam County; MOUNT VERNON CITY
SCHOOL DISTRICT SUPERINTENDENT, in
their official and individual capacities; CITY OF
MOUNT VERNON; SCHOOL BOARD OF
MOUNT VERNON; COUNTY OF PUTNAM;
NEW YORK STATE DEPARTMENT OF
EDUCATION; and NEW YORK STATE BOARD
OF REGENTS,
                        Defendants.
--------------------------------------------------------------x



**ORDER**

19 CV 10388 (VB)

      As discussed at a conference held today, at which counsel for all parties appeared, it is HEREBY ORDERED:

1. By **May 27, 2025**, plaintiff shall file the third amended complaint.

2. By **June 27, 2025**, defendants shall file a response to plaintiff's third amended complaint.

3. The parties are directed to continue settlement discussions in good faith. By **June 27, 2025**, the parties shall file a joint status report providing an update on the status of

settlement discussions and indicating whether any party, or all parties, believes a reference to the magistrate judge for a settlement conference would be appropriate.

Dated: February 25, 2025
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge