UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERRI SIMMONS and P.E.,
Plaintiffs,

v.

MOUNT VERNON CITY SCHOOL DISTRICT; PUTNAM/NORTHERN WESTCHESTER BOARD OF COOPERATIVE EDUCATIONAL SERVICES; NICOLE MURPHY; and FELICIA GAON, Director of School Services,
Defendants.

**ORDER**

19 CV 10388 (VB)

For the reasons set forth at the on-the-record conference held today and attended by counsel for all parties and plaintiff Terri Simmons, it is HEREBY ORDERED:

1. By **September 10, 2026**, the parties shall submit a joint status report on settlement. If the case has not settled, the parties' proposed civil case discovery plan and scheduling order is also due on September 10, 2026.

2. The next case management conference is scheduled for **September 17, 2026, at 11:00 a.m**. at the White Plains courthouse, Courtroom 620.

Dated: July 8, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge